11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

James Allen Patterson,                    * From the 42nd District
                                            Court of Taylor County,
                                            Trial Court No. 18,780-A.

Vs. No. 11-13-00138-CR                    * May 23, 2013

The State of Texas,                       * Per Curiam Memorandum Opinion
                                            (Panel consists of: Wright, C.J.,
                                            McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.